IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE F. STANFORD, | No. CIV S-09-2205-GEB-CMK |
| Plaintiff, | |
| vs. | ORDER |
| ROBERT L. COCKRELL, | |
| Defendant. | |
| _____/ | |

      Plaintiff, who is proceeding pro se, brings this civil action. Upon filing of this action on August 10, 2009, a status/scheduling conference was set for January 7, 2010. As of December 29, 2009, the docket reflected that plaintiff had not effected service of process on defendant and the court sua sponte continued the status/scheduling conference to February 11, 2010. Plaintiff failed to appear at the continued hearing or file a status/scheduling conference statement. Plaintiff has also failed to effect service of process within 120 days of the filing of the action as required by Federal Rule of Civil Procedure 4(m).

/ / /

/ / /

/ / /

1

Plaintiff shall show cause in writing within 30 days of the date of this order why appropriate sanctions, including but not limited to dismissal of this action, should not be imposed for failure to: (1) file a status/scheduling conference statement; (2) appear at the February 11, 2010 hearing; and (3) effect timely service of process. Plaintiff shall also serve defendant and file a return of service within 30 days of the date of this order. Failure to comply with any portion of this order may result in dismissal of the action. See Local Rule 110.

IT IS SO ORDERED.

DATED: February 11, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE